```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 02357
   THOMAS D KING
   LISA MARIE KING                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8939      SSN XXX-XX-1859

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/25/05 and confirmed on 04/21/05.

    2.  The case was converted to Chapter 7 after confirmation, 01/30/2009.

    3.  The Debtor paid a total of $  18920.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 10845.93 | .00 | 10845.93 |
| LAKEWOOD FALLS COMMUNITY | SECURED | 770.19 | .00 | 770.19 |
| BECKET & LEE LLP | UNSECURED | 847.72 | .00 | 104.15 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HEALTH VENTURES | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 781.47 | .00 | 96.02 |
| FORD MOTOR CREDIT | UNSECURED | 9361.21 | .00 | 1150.18 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 4646.00 | .00 | 570.83 |
| JOLIET CATHOLIC ACADEMY | UNSECURED | NOT FILED | .00 | .00 |
| MARLENE ADAMS DDS | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST NEOPED ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| RESURCENCE FINANCIAL | UNSECURED | 4983.03 | .00 | 612.24 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| MCDONAGH-FAHERTY LAW OFF | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1360.35 | .00 | 167.14 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3752.00 | .00 | 563.09 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5377.41 | .00 | 1719.75 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2494.43 | .00 | .00 |

```
      Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED        OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  11616.12     9129.41    24474.21          .00    45219.74
PRINCIPAL PAID      11616.12     2282.84     2700.56          .00    16599.52
INTEREST PAID            .00         .00         .00          .00         .00
TOTAL PAID          11616.12     2282.84     2700.56          .00    16599.52
```

The Debtor's attorney, GRAY & IDRIS PC                , was allowed $   2000.00
and was paid $    500.00   direct and $   1500.00   through the plan.

The Trustee received $     820.48 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/13/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE